IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )        4:05CR3065
        v.                      )
                                )
JOEY E. HULL,                   )
                                )            ORDER
                Defendants.     )
                                )

        IT IS ORDERED:

        Defendant's motion to continue, filing 50, is granted and
the plea hearing is continued from today to October 31, 2005 at
2:30 p.m.

        DATED this 6th day of October, 2005.

                        BY THE COURT:

                        s/ David L. Piester
                        David L. Piester
                        United States Magistrate Judge