IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOEY E. HULL,<br><br>    Defendant. | 4:05CR3065<br><br>**ORDER** |

  Defendant is being detained pending trial on another case. Accordingly, as to this case,

  IT IS ORDERED:

1)  Defendant shall be detained until further order.

2)  Defendant is committed to the custody of the Attorney General for confinement in a corrections facility; Defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver Defendant to a United States Marshal for appearance in connection with a court proceeding.

July 19, 2017.

                   BY THE COURT:

                   *s/ Cheryl R. Zwart*
                   United States Magistrate Judge