IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>JOEY E. HULL,<br><br>        Defendant. | **4:05CR3065 AND 4:06CR3009**<br><br>**ORDER** |

Defendant's appointed counsel, Chad Wythers, has a conflict of interest and can no longer represent the defendant. At the court's request, the Federal Public Defender has located counsel to replace Chad Wythers.

Accordingly,

IT IS ORDERED:

1) On the court's own motion, Chad Wythers is withdrawn as counsel for the Defendant. The Clerk is directed to remove Chad Wythers from all future ECF notifications in this case.

2) Timothy P. Sullivan is hereby appointed as counsel for Defendant and shall promptly forward a copy of this memorandum and order to the defendant.

July 21, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge